## Statement of the Case.

Action by Charles A. Treadwell, plaintiff, against the Central Bank, defendant, in the Superior Court of Cook county.

The facts in the above entitled case, with unimportant differences, are similar to those set forth in *Barth v. Farmers & Traders Bank, ante, p.* 318, in which an opinion was filed the same day, and present the same questions. The proceeding held to be reversible error in that case occurred also in this, and the reason for reversing and remanding in that case is applicable to this case.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG & CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellee; MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and JOHN E. GAVIN, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

---

## William H. Long, Appellee, v. Central Bank, Appellant.

### Gen. No. 21,000.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CLARENCE N. GOODWIN, Judge, presiding. Heard in this court at the October term, 1914. Reversed and remanded. Opinion filed November 15, 1915.

## Statement of the Case.

Action by William H. Long, plaintiff, against the Central Bank, defendant, in the Superior Court of Cook county.

The facts in the above entitled case, with unimportant differences, are similar to those set forth in *Barth v. Farmers & Traders Bank, ante, p.* 318, in which an opinion was filed the same day, and present the same questions. The proceeding held to be reversible error in that case occurred also in this, and the reason for reversing and remanding in that case is applicable to this case.

JAMES BINGHAM and CASTLE, WILLIAMS, LONG & CASTLE, for appellant.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for appellee; MITCHELL D. FOLLANSBEE, CLYDE E. SHOREY and JOHN E. GAVIN, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

---

James F. Quirk, Defendant in Error, v. Joseph S. McDonnell, Plaintiff in Error.

Gen. No. 21,056.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in this court at the March term, 1915. Affirmed. Opinion filed November 15 1915.

### Statement of the Case.

Action by James F. Quirk, plaintiff, against Joseph S. McDonnell, defendant, in the Municipal Court of Chicago, to recover back money paid under an agreement to sell real estate on the ground of default by the defendant in performance of such agreement. The material parts of the agreement are as follows:

"That if the party of the second part shall first make the payments and perform the covenants herein-